# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CITIZENS AGAINST EQUINE SLAUGHTER, PROTECT MUSTANGS

Plaintiff(s),

vs.

The UNITED STATES FOREST SERVICE, JEFF ULRICH, the BUREAU OF LAND MANAGEMENT

Defendant(s).

Case # 3:13-cv-0042

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $200.00

_____Jordan Beckett_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Beckett Law Office, PC
(firm name)

with offices at   2305 Ashland St. Suite C 311
(street address)

Ashland           ,     Oregon       ,  97520
(city)                  (state)         (zip code)

(541) 510-0333    ,  jordan@roguevalleylawyer.com
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Cit. Against Equine Slaughter, Protect Mustangs to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 12/11

3.  That since **5/10/2012** (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of **Oregon** (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.  That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| District of Oregon | July 17, 2012 | 120666 |
| District of Colorado | July 7, 2013 | 120666 |

5.  That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

Rev. 12/11

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

7. That Petitioner is a member of good standing in the following Bar Associations:

Oregon State Bar

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 12/11

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____Oregon____ )
COUNTY OF ____Jackson____ )

____Jordan Beckett____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

16TH day of AUGUST, 2013

_____
Notary Public or Clerk of Court

OFFICIAL SEAL
ROMMEL L BURNS
NOTARY PUBLIC-OREGON
COMMISSION NO. 467281
MY COMMISSION EXPIRES APRIL 03, 2016

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Charles A. Jones____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____9585 Prototype Ct. Suite B____,
(street address)

____Reno____, ____Nevada____, ____89521____,
(city)        (state)       (zip code)

____(775) 853-6440____, ____caj@cjoneslawfirm.com____.
(area code + telephone number)   (Email address)

4

Rev. 12/11

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Charles A. Jones_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____[signature]_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____[signature]_____
Designated Resident Nevada Counsel's signature

__6698__     __CAJ@CJoneslawfirm.com__
Bar number    Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 12/11



# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

## CERTIFICATE OF ATTORNEY ADMISSION

THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

*HEREBY CERTIFIES*

# JORDAN ROBERT BECKETT

*WAS DULY ADMITTED AND QUALIFIED AS AN ATTORNEY COUNSELOR AND ADVOCATE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON ON JULY 17, 2012.*

_____
Honorable Mark D. Clarke
United States Magistrate Judge

_____
Mary L. Moran, Clerk of Court
United States District Court



THE UNITED STATES OF AMERICA

District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court, certify that

Jordan Robert Beckett

was duly admitted and qualified to practice as an attorney in the District Court on the 8th day of July, 2013.

In testimony whereof, I sign my name and affix the seal of this court, on this 8th day of July, 2013.

Jeffrey P. Colwell
Clerk