DANIEL G. BOGDEN
United States Attorney
GREG ADDINGTON
Nevada Bar #6875
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada 89501
Ph: (775) 784-5438
Fax: (775) 784-5181

Additional counsel listed in signature block

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CITIZENS AGAINST EQUINE SLAUGHTER, and PROTECT MUSTANGS<br><br>    Plaintiffs,<br><br>    v.<br><br>THE UNITED STATES FOREST SERVICE, a department of the United States Department of Agriculture; JEFF ULRICH, Santa Rosa District Ranger; THE UNITED STATES BUREAU OF LAND MANAGEMENT, a department of the United States Department of the Interior,<br><br>    Defendants. | No. 3:13-CV-00442-MMD-(WGC)<br><br>FEDERAL DEFENDANTS' NOTICE OF APPEARANCE |

Federal Defendants hereby give notice of appearance of Travis J. Annatoyn as counsel for Federal Defendants in this matter. Mr. Annatoyn is registered for Electronic Case Filing ("ECF"). Relevant addresses, telephone numbers, and contact information for Mr. Annatoyn are as follows:

*Citizens Against Equine Slaughter, et al. v. The United States Forest Service, et al.,* No. 3:13-cv-00442-MMD-(WGC)
Notice of Appearance

1

**Mailing Address**
Travis J. Annatoyn
Environment and Natural Resources Division
Wildlife & Marine Resources Section
U.S. Department of Justice
Ben Franklin Station
P.O. Box 7611
Washington, D.C. 20044-7611

**Overnight Delivery/Street Address**
Travis J. Annatoyn
Environment and Natural Resources Division
Wildlife & Marine Resources Section
U.S. Department of Justice
601 D Street NW, Room 3708
Washington, D.C. 20004

**Telephone and Fax Numbers**
Telephone: (202) 514-5243
Facsimile: (202) 305-0275

**Electronic Correspondence**
travis.annatoyn@usdoj.gov


DATED:  August 30, 2013

                Respectfully submitted,

                DANIEL G. BOGDEN
                United States Attorney
                GREG ADDINGTON
                Nevada Bar #6875
                Assistant United States Attorney
                100 West Liberty Street, Suite 600
                Reno, Nevada 89501
                Ph: (775) 784-5438
                Fax: (775) 784-5181

                ROBERT G. DREHER,
                Acting Assistant Attorney General

                SETH M. BARSKY, Section Chief
                S. JAY GOVINDAN, Assistant Section Chief
                /s/ *Travis J. Annatoyn*
                TRAVIS J. ANNATOYN,
                U.S. Department of Justice

*Citizens Against Equine Slaughter, et al. v. The United States Forest Service, et al.,* No. 3:13-cv-00442-MMD-(WGC)
Notice of Appearance

                                                Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Phone: (202) 305-0237
Fax: (202) 305-0275

*Attorneys for Federal Defendants*

*Citizens Against Equine Slaughter, et al. v. The United States Forest Service, et al.,* No. 3:13-cv-00442-MMD-(WGC)
Notice of Appearance

3

CERTIFICATE OF SERVICE

     I, Travis Annatoyn, hereby certify that, on August 30, 2013, I caused the foregoing to be served upon counsel of record through the Court's electronic service system.

     I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August 30, 2013          /s/*Travis J. Annatoyn*
                                           TRAVIS J. ANNATOYN

*Citizens Against Equine Slaughter, et al. v. The United States Forest Service, et al.,* No. 3:13-cv-00442-MMD-(WGC)
Notice of Appearance

4